CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BMW OF NORTH AMERICA, LLC, a
Delaware limited liability company, and
BAYERISCHE MOTOREN WERKE
AG, a German corporation,

    Plaintiffs,

        v.

AUTOTEC IMPORT, a California
Corporation; BLUE DREAMS AUTO,
INC., a California Corporation; CHRIS
CHENG, SR., aka Chao Chun Cheng, Sr.
aka Chow Cheng Sr., an Individual; WEI
MIN CHOU, an Individual; LAURA LE-
GIA CHUNG, an Individual; MAGGIE
CHEN FEI HSU, an Individual; JL
CONCEPTS, INC., a California
Corporation; KWAN YIN LEI, an
Individual; BREWIN LUN LIU, an
Individual; MOTION DEPO, INC., a
California Corporation; MIKE SIU, an
Individual; WAI KIN TANG, an
Individual; MIN HAN TSAI aka
Raymond Tsai, an Individual;
YONGTAO WANG, an Individual; KEN
SHAO XU, an Individual; KING TING
YAU, an Individual; ZOKU RACING, a
Business Entity of Unknown Status;
KEN CHU, an Individual; ZHI ZHONG,
an Individual; CHUNSING LEE, an
Individual; and DOES 1-10, Inclusive,

        Defendants.

Case No.: EDCV13-823-JGB (SPx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED
that default judgment is entered in favor of BMW of North America LLC
("BMW") and Bayerische Motoren Werke AG (collectively, "Plaintiffs") against
Defendants Chris Cheng, Sr., Blue Dreams Auto, Inc., and Yongtao Wang.  It is
ORDERED that:

1. Plaintiffs shall recover $40,000.00 in statutory damages from Defendants Blue Dreams and Wang.  Defendants Blue Dreams and Wang are jointly and severally liable for the $40,000.00 in statutory damages;

2. Plaintiffs shall recover $20,000.00 in statutory damages from Defendant Cheng;

3. Plaintiffs are awarded $3,000.00 in attorneys' fees and $744.45 in costs against Defendants Blue Dream and Wang.  Defendants Blue Dream and Wang are jointly and severally liable for the $3,000.00 in attorneys' fees and $744.45 in costs;

4. Plaintiffs are awarded $800.00 in attorneys' fees and $547.43 in costs against Defendant Cheng; and

5. Defendants are permanently enjoined from further infringement of Plaintiffs' Marks as follows:

   A. The import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, shipment, licensing, development, display, delivery, marketing, advertising or promotion of the counterfeit BMW® and M®-branded products identified in the First Amended Complaint and any other unauthorized BMW® and M®-branded products, or products bearing Plaintiffs' Trademarks (including any non-genuine reproduction, counterfeit, copy or colorable imitation thereof);

   B. The import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, shipment, licensing, development, display, delivery, marketing, advertising or promotion of the infringing and diluting product identified in the First Amended Complaint and any

other product which infringes or dilutes any Plaintiffs' Trademark, trade name and/or trade dress;

C. The unauthorized use, in any manner whatsoever, of any Plaintiffs' Trademarks, trade name and/or trade dress, any variants, colorable imitations, translations and/or simulations thereof and/or any items that are confusingly similar thereto, including specifically: on or in conjunction with any product or service and on or in conjunction with any advertising, promotional materials, labels, hangtags, packaging, or containers;

D. The use of any trademark, trade name, or trade dress that falsely represents, or is likely to confuse, mislead or deceive purchasers, customers, or members of the public to believe that unauthorized product imported, exported, manufactured, reproduced, distributed, assembled, acquired, purchased, offered, sold, transferred, brokered, consigned, distributed, stored, shipped, marketed, advertised and/or promoted by Defendants originates from Plaintiffs, or that said merchandise has been sponsored, approved, licensed by, or associated with Plaintiffs or is, in some way, connected or affiliated with Plaintiffs;

E. Engaging in any conduct that falsely represents that, or is likely to confuse, mislead, or deceive purchasers, customers, or members of the public to believe that Defendants themselves are connected with, or is in some way sponsored by or affiliated with Plaintiffs, purchases product from or otherwise has a business relationship with Plaintiffs;

F. Affixing, applying, annexing, or using in connection with the manufacture, distribution, advertising, sale, and/or offering for sale or other use of any goods, a false description or representation, including words or symbols, tending to falsely describe or represent

1    such goods as being those of Plaintiffs;

2    G. Hiding, disposing of, destroying, moving, relocating or transferring

3        any and all products, advertising, promotional materials, labels,

4        hangtags, packaging or containers bearing any of Plaintiffs'

5        Trademarks; or

6    H. Disposing of, destroying, moving, relocating or transferring any

7        documents or things, including electronic records, pertaining to the

8        purchase, procurement, development, making, manufacture, use,

9        display, advertisement, marketing, licensing, sale, offer for sale,

10       distribution, shipping, or delivery of any products or services bearing

11       any Plaintiffs' Trademarks.

12

13   The Court orders that such judgment be entered.  The Clerk is directed to

14   close the case.

15

16

17   Dated: August 28, 2014    _____

18                              HON. JESUS G. BERNAL
                                United States District Judge

19

20

21

22

23

24

25

26

27

28